IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Consumers' Research, et al., )
                Petitioners, )
)
    v. )    No. 26-60003
)
Federal Communications Commission )
  and United States of America, )
                Respondents. )

**CONSENT MOTION TO HOLD IN ABEYANCE**

The Federal Communications Commission and the United States, the respondents in this case, respectfully move to hold this case in abeyance until this Court issues a ruling in a closely related case, *Consumers' Research v. FCC*, No. 25-60535. Counsel for the Commission has consulted with counsel for petitioners. We have been authorized to represent that petitioners consent to the motion.

Pursuant to the Communications Act, telecommunications carriers that provide interstate telecommunications services must "contribute, on an equitable and nondiscriminatory basis," to the FCC's Universal Service Fund. 47 U.S.C. § 254(d). The Commission established this Fund in order to provide subsidies that "mak[e] communications services available, at affordable prices, to all Americans." *FCC v. Consumers' Research*, 606 U.S. 656, 663 (2025). The amount of each carrier's contribution to the Fund is calculated by applying a formula known as a "contribution factor." The contribution factor "is a fraction, expressed as a

percentage, whose numerator is the Fund's projected expenses for the upcoming quarter (the subsidy payments it will make plus overhead) and whose denominator is the total projected revenue of contributing carriers during that same period." *Id*. at 668-69.

In this case (No. 26-60003), petitioners challenge the FCC's universal service contribution factor for the first quarter of 2026 on constitutional, statutory, and administrative law grounds. In a case filed in October 2025 (No. 25-60535), petitioners challenge the FCC's universal service contribution factor for the fourth quarter of 2025 on the same grounds. Petitioners' opening brief in Case No. 25-60535 is currently due on January 12, 2026.

Because these cases involve the same parties and the same legal issues, it would best serve the interest of judicial economy and efficiency for the Court to hold this case in abeyance until it issues a ruling in No. 25-60535. The Court's resolution of that earlier-filed case is very likely to inform the Court's consideration of petitioners' claims in this case.

For these reasons, the Court should grant this consent motion to hold this case in abeyance pending a ruling by the Court in No. 25-60535.

Respectfully submitted,

/s/Caroline W. Tan

Michael S. Raab                                             D. Adam Candeub
Caroline W. Tan                                             General Counsel
Attorneys, Appellate Staff
Civil Division, Room 7236
U.S. Department of Justice                                  Jacob M. Lewis
950 Pennsylvania Ave., N.W.                                 Associate General Counsel
Washington, DC 20530
(202) 616-4171

                                                            /s/James M. Carr

                                                            James M. Carr
                                                            Counsel

                                                            Federal Communications Commission
                                                            Washington, DC 20554
                                                            (202) 418-1740

January 9, 2026

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    ☒ this document contains 340 words, *or*

    ☐ this document uses a monospaced typeface and contains _ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    ☒ this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman, *or*

    ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____.

    /s/James M. Carr
    James M. Carr
    Counsel for Respondent
    Federal Communications Commission