# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 30, 2026

Mr. James Conde  
Boyden Gray, P.L.L.C.  
800 Connecticut Avenue, N.W.  
Suite 900  
Washington, DC 20006

Ms. Laura Ruppalt  
Boyden Gray, P.L.L.C.  
800 Connecticut Avenue, N.W.  
Suite 900  
Washington, DC 20006

    No. 26-60003   Consumers' Research v. FCC  
                  USDC No. 96-45

Dear Counsel:

This letter is to advise that the Court is requesting the Petitioner file a response to the motion to intervene to be filed in this office on or before noon on Friday, February 6, 2025.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      Melissa V. Mattingly, Deputy Clerk  
                      504-310-7719

cc:  
    Ms. Pamela Bondi, U.S. Attorney General  
    Mr. James Michael Carr  
    Ms. P. Michele Ellison  
    Mr. Jason Neal