United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 10, 2026
Lyle W. Cayce
Clerk

No. 26-60003

Consumers' Research; Cause Based Commerce,
Incorporated; Edward J. Blum; Kersten Conway;
Suzanne Bettac; Robert Kull; Kwang Ja Kirby; Tom
Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn
Gibbs; Paul Gibbs; Rhonda Thomas; James Romeo; Cody
Carnett; Phillip Aronoff; Jacqueline Klein,

*Petitioners,*

versus

Federal Communications Commission; United States of
America,

*Respondents.*

---

Petition for Review from an Order of the
Federal Communications Commission
Agency No. 96-45

---

ORDER:

IT IS ORDERED that the motion of Schools, Health & Libraries Broadband Coalition for leave to intervene is DENIED.

      /s/ Carl E. Stewart
Carl E. Stewart
*United States Circuit Judge*